# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAHAN JALADIAN, | CASE NO. 1:09-cv-1980-AWI-MJS (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION FOR LEAVE TO DEPOSE PLAINTIFF |
| v. | |
| J. HERNANDEZ, et al., | (ECF No. 24) |
| Defendant. | |

Plaintiff Vahan Jaladian ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff initiated this action on November 12, 2009. (ECF No. 1.) The Court found that Plaintiff's Complaint stated one cognizable claim against Defendants Hernandez and John/Jane Doe #1 for excessive use of force in violation of the Eighth Amendment. (Order, ECF No. 6.) The Court found that Plaintiff's Complaint failed to state any other claims upon which relief could be granted, and gave Plaintiff the option of either filing an amended complaint or notifying the Court that he was willing to proceed only on his cognizable claim. (Id.) The Plaintiff notified the Court that he was willing to proceed only on his cognizable claim (ECF No. 9), and the Court ordered the U.S. Marshall to effect service (ECF No. 13). Defendant Hernandez was served on June 14, 2011 (ECF No. 19), and filed his Answer on June 23, 2011 (ECF No. 16). The Court then entered a Discovery and Scheduling Order. (ECF No. 17.)

On July 14, 2011, Defendant Hernandez filed an Ex Parte Application For Leave to

1 Depose Plaintiff.  (ECF No. 24.)  Pursuant to Fed. R. Civ. P. 30(a)(2)(B), if the proposed
2 deponent is confined in prison, a party must obtain leave of court and the court must grant
3 leave to the extent consistent with Fed. R. Civ. P. 26(b)(2).  This Application is necessary
4 because Plaintiff is currently confined in Pleasant Valley State Prison.

     Accordingly, pursuant to Fed. R. Civ. P. 30(a)(2)(B), the Court hereby GRANTS Defendant Hernandez's Ex Parte Application for Leave to Depose Plaintiff.

IT IS SO ORDERED.

Dated:   August 26, 2011                    /s/ *Michael J. Seng*
                                                   UNITED STATES MAGISTRATE JUDGE