UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAHAN JALADIAN,<br><br>          Plaintiff,<br><br>    v.<br><br>J. HERNANDEZ, et al.,<br><br>          Defendants.<br>_____/ | CASE NO.   1:09-CV-01980-AWI-MJS (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR COURT DOCUMENTS<br><br>(ECF No. 30) |

Plaintiff Vahan Jaladian is a state prisoner proceeding pro se in this civil action filed November 12, 2009, pursuant to 42 U.S.C. § 1983. (ECF No. 1.)

Defendants have answered the Complaint and on June 24, 2011, the Court issued its Discovery and Scheduling Order, providing a discovery cut-off date of February 24, 2012 and a dispositive motion cut-off date of May 3, 2012. (ECF No. 17.)

On October 17, 2011, Plaintiff filed the instant Motion for Court Records and Court Issued Documents and Declarations (ECF No. 30) indicating he had lost possession of documents pertaining to this case and requesting copies from the Court at his expense.

**Good cause appearing,** Plaintiff's motion is granted.

It is ORDERED that, upon Plaintiff's remitting to the Court Clerk a money order in the sum of sixty-eight dollars ($68.00), the Court's scheduled copying charge ($0.50/page for 136 pages), the Clerk shall mail one copy of documents filed in the docket to the Plaintiff at his address of record.

-1-

As stated above, Plaintiff's Motion for Court Records, and Court Issued Documents and Declarations, (ECF No. 30), is GRANTED.

IT IS SO ORDERED.

Dated:   February 15, 2012              /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE