UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAHAN JALADIAN<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. HERNANDEZ<br><br>　　　　Defendant.<br>_____/ | 1:09-cv-01980-AWI-MJS (PC)<br><br>ORDER THAT PLAINTIFF PROVIDE CURRENT ADDRESS BY MARCH 12, 2012 |

　　　　Plaintiff Vahan Jaladian was a paroled, former state prisoner proceeding pro se when he filed this civil action November 12, 2009 pursuant to 42 U.S.C. § 1983. (ECF No. 1.)

　　　　Defendant has answered the Complaint, and on June 24, 2011 the Court issued its Discovery and Scheduling Order providing a discovery cut-off date of February 24, 2012, and a dispositive motion cut-off date of May 3, 2012. (ECF No. 17.)

　　　　On October 3, 2011, Plaintiff filed a Notice of Change of Address, giving his then-current address as the High Desert State Prison, Susanville, California. (ECF No. 31.)

　　　　On February 23, 2012, Defendant Hernandez filed a Notice of Non-Receipt of Plaintiff's Change of Address, stating that Plaintiff had been released from prison on parole December 20, 2011. (ECF No. 35, 35-1.)

　　　　Pursuant to Local Rule 183 (b), a party appearing in propria persona "shall keep the

-1-

1  Court and opposing parties advised as to his or her current address."

2     Pursuant to Local Rule 110, the failure of a party to comply with the Local Rules
3 "may be grounds for imposition by the Court of any and all sanctions authorized by statute
4 or Rule or within the inherent power of the Court." Fed. R. Civ. P. 11.

5     Accordingly, Plaintiff is ORDERED to provide his current address to the Court and
6 opposing party not later than **March 12, 2012**. Plaintiff is advised that failure to comply with
7 this order will result in the Court issuing an order to show cause why this case should not
8 be dismissed for failure to prosecute.

13 IT IS SO ORDERED.

14 Dated:    February 26, 2012        /s/ *Michael J. Seng*
                                                                                  UNITED STATES MAGISTRATE JUDGE