# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAHAN JALADIAN | 1:09-cv-01980-AWI-MJS (PC) |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. | (ECF NO. 38) |
| J. HERNANDEZ, et al., | ORDER GRANTING DEFENDANT'S MOTION TO VACATE DISCOVERY AND DISPOSITIVE MOTION DEADLINES AND AMENDING DISCOVERY AND SCHEDULING ORDER |
| Defendants. | |
| | (ECF NOS. 17, 36) |

Plaintiff Vahan Jaladian is a former state prisoner currently on parol and in the custody of the U.S. Department of Homeland Security at the Pinal County Adult Detention Center in Florence, Arizona, proceeding pro se in this civil rights action filed November 12, 2009 pursuant to 42 U.S.C. § 1983. (Compl., ECF No. 1; Mot. Show Cause, ECF No. 39.)

Defendant Hernandez has answered the Complaint and on June 24, 2011 the Court issued a Discovery and Scheduling Order providing a discovery cut-off date of February 24, 2012, and a dispositive motion deadline of May 3, 2012. (Disc. and Sched. Order, ECF No. 17.)

On February 24, 2012, Defendant Hernandez filed a Motion to Vacate Discovery and Dispositive Motion dates (Mot. Vacate, ECF No. 36), on grounds Plaintiff had failed

to provide a current address of record in this action.

The Court issued an Order that Plaintiff provide his current address by March 12, 2012. (Order, ECF No. 37.)

On March 21, 2012 the Court issued an Order to Show Cause (Order Show Cause, ECF No. 38) requiring that by not later than April 30, 2012, Plaintiff either file a current address or show cause as to why his case should not be dismissed for failure to comply with a Court order and failure to prosecute.

On April 26, 2012 Plaintiff filed his response to the Order to Show Cause, providing his current address.

Accordingly, for good cause shown IT IS HEREBY ORDERED that:

1. The March 21, 2012 Order to Show Cause (ECF No. 38) is discharged.
2. Defendant's Motion to Vacate Discovery and Dispositive Motion Deadlines (ECF No. 36) is granted such that the Discovery and Scheduling Order (ECF No. 17) is hereby amended to provide a Discovery Cut-Off Date of **June 29, 2012**, and a Dispositive Motion Deadline of **September 13, 2012**.[1]

IT IS SO ORDERED.

Dated:   May 2, 2012                         /s/ *Michael J. Seng*
                                             UNITED STATES MAGISTRATE JUDGE

---

[1] The amended pre-trial dispositive motion deadline does not apply to the filing of unenumerated Rule 12(b) motions to dismiss for failure to exhaust.