# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAHAN JALADIAN | 1:09-CV-01980-AWI-MJS (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION TO CONTINUE DISCOVERY CUT-OFF |
| v. | (ECF NO. 44) |
| J. HERNANDEZ, et al., | Discovery Cut-Off Date-09/28/2012 |
| | Dispositive Motion Deadline-12/13/2012 |
| Defendants. | |

Plaintiff Vahan Jaladian, a former state prisoner currently on parol and in the custody of the U.S. Department of Homeland Security at the Pinal County Adult Detention Center in Florence, Arizona pending deportation, is proceeding pro se in this civil rights action filed November 12, 2009 pursuant to 42 U.S.C. § 1983. (Compl., ECF No. 1; Application to Continue, ECF No. 44.)

Defendant Hernandez answered the Complaint and the Court set a discovery cut-off date of June 29, 2012 and a dispositive motion deadline of September 13, 2012. (Order Amending Discovery and Scheduling Order, ECF No. 40.)

Before the Court is Defendant's Ex Parte Application to Continue Discovery Cut-Off Date (Application to Continue, ECF No. 44), by forty-five (45) days in order to arrange for Plaintiff's deposition, or alternatively to vacate the discovery and dispositive motion

1 deadlines pending resolution of Plaintiff's deportation and confirmation he will be able to
2 continue prosecuting this action.
3      Good cause having been presented to the Court, IT IS HEREBY ORDERED that
4 Defendant's Application to Continue is granted such that the Order Amending Discovery
5 and Scheduling Order (ECF No. 40) is hereby further amended to provide a Discovery
6 Cut-Off Date of September 28, 2012, and a Dispositive Motion Deadline of December 13,
7 2012.[1]

14 IT IS SO ORDERED.
15 Dated:   June 27, 2012                    /s/ *Michael J. Seng*
                                             UNITED STATES MAGISTRATE JUDGE

---

28    [1] The amended pre-trial dispositive motion deadline does not apply to the filing of unenumerated Rule 12(b) motions to dismiss for failure to exhaust.