UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAHAN JALADIAN, | CASE No. 1:09-cv-01980-AWI-MJS (PC) |
| Plaintiff, | ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR COURT DOCUMENTS |
| v. | (ECF No. 47) |
| J. HERNANDEZ, et al., | |
| Defendants. | |

Plaintiff Vahan Jaladian, a former state prisoner currently on parol and in the custody of the U.S. Department of Homeland Security at the Pinal County Adult Detention Center in Florence, Arizona, is proceeding pro se in this civil rights action filed November 12, 2009 pursuant to 42 U.S.C. § 1983. (Compl., ECF No. 1; Mot. Show Cause, ECF No. 39.)

Defendant Hernandez has answered the Complaint and the Court has set a discovery cut-off date of September 28, 2012 and a dispositive motion deadline of December 13, 2012. (Order, ECF No. 45.)

On July 30, 2012, Plaintiff filed a motion requesting complete copies of documents in the Court's docket, ECF Nos. 17 through 48 inclusive, at the Court's expense. (Motion Requesting Copies, ECF No. 47.)

1  Good cause having been presented to the Court and GOOD CAUSE APPEARING
2  THEREFOR, IT IS HEREBY ORDERED that Plaintiff's motion (ECF No. 47) requesting
3  copies of documents  ECF Nos. 17 through 48 inclusive, is GRANTED IN PART such that
4  upon Plaintiff remitting to the Court Clerk a money order in the sum of fifty-six dollars and
5  fifty cents ($56.50) (the Court's scheduled copying charge of $0.50/page for 113 pages),
6  the Clerk shall mail one copy of documents ECF Nos. 17 through 48 inclusive, to the
7  Plaintiff at his address of record. The motion is DENIED IN PART insofar as Plaintiff's
8  request that such documents be provided at the Court's expense.

10 IT IS SO ORDERED.
11 Dated:   August 8, 2012           /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE