UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAHAN JALADIAN<br><br>  Plaintiff,<br><br>  v.<br><br>J. HERNANDEZ, et al.,<br><br>  Defendants.<br>_____/ | CASE No. 1:09-cv-01980-AWI-MJS (PC)<br><br>ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION TO VACATE DISCOVERY AND DISPOSITIVE MOTION DEADLINES<br><br>(ECF No. 52)<br><br>ORDER CONTINUING DISCOVERY AND DISPOSITIVE MOTION DEADLINES<br><br>Discovery Cut-Off Date-11/30/2012<br>Dispositive Motion Deadline-2/14/2013 |

Plaintiff Vahan Jaladian, a former state prisoner currently on parol, is proceeding pro se in this civil rights action filed November 12, 2009 pursuant to 42 U.S.C. § 1983. (ECF Nos. 1, 52.)

Defendant Hernandez has answered the Complaint and the Court has set a discovery cut-off date of September 28, 2012 and a dispositive motion deadline of December 13, 2012. (ECF No. 45.)

Before the Court is Defendant's September 25, 2012 ex parte application to vacate discovery and dispositive motion deadlines until Plaintiff notifies the Court of his current address. (ECF No. 52.)

Good cause having been presented to the Court, IT IS HEREBY ORDERED that Defendant's Application to vacate the current discovery and dispositive motion

-1-

deadlines is GRANTED, and FURTHER ORDERED that the discovery deadline be continued to November 30, 2012, and the dispositive motion deadline be continued to February 14, 2013.

IT IS SO ORDERED.

Dated:   September 26, 2012          /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE