# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAHAN JALADIAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. HERNANDEZ, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE No. 1:09-cv-01980-AWI-MJS (PC)<br><br>ORDER GRANTING DEFENDANT'S SECOND EX PARTE APPLICATION TO VACATE DISCOVERY DEADLINE<br><br>(ECF No. 55)<br><br>ORDER CONTINUING DISCOVERY AND DISPOSITIVE MOTION DEADLINES<br><br>Discovery Cut-Off Date-1/15/2013<br>Dispositive Motion Deadline-4/4/2013 |

Plaintiff Vahan Jaladian, a former state prisoner currently on parol, is proceeding pro se in this civil rights action filed November 12, 2009 pursuant to 42 U.S.C. § 1983. (ECF Nos. 1, 52.)

Defendant Hernandez has answered the Complaint and the Court has set a discovery cut-off date of November 30, 2012 and a dispositive motion deadline of February 14, 2013. (ECF No. 53.)

Pending before the Court is Defendant's November 30, 2012 ex parte application to vacate or continue the discovery deadline to January 15, 2013 pending Plaintiff notifying the Court of his current address. (ECF No. 55.)

Good cause having been presented to the Court, IT IS HEREBY ORDERED that Defendant's application to vacate the current discovery deadline is GRANTED, and it is

-1-

1  FURTHER ORDERED that the discovery deadline be continued to January 15, 2013,
2  and the dispositive motion deadline be continued to April 4, 2013.
3
4  IT IS SO ORDERED.
5  Dated:   December 3, 2012              /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE