# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAHAN JALADIAN, | CASE NO. 1:09-cv-01980-AWI-MJS (PC) |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE RE DISMISSAL |
| v. | |
| J. HERNANDEZ, et al., | |
| Defendants. | |

Plaintiff Vahan Jaladian, a former state prisoner currently on parol, is proceeding pro se in this civil rights action filed November 12, 2009 pursuant to 42 U.S.C. § 1983. (ECF Nos. 1, 52.) Plaintiff consented to Magistrate Judge jurisdiction. (Consent to Jurisdiction, ECF No. 25.) Defendant Hernandez declined Magistrate Judge jurisdiction. (Decline Jurisdiction, ECF No. 20.)

This matter proceeds on Plaintiff's Complaint against Defendants Hernandez and John/Jane Doe #1 for excessive force in violation of Plaintiff's Eighth Amendment rights. (Order for Service, ECF No. 10.) Defendant Hernandez has answered the Complaint. (Answer, ECF No. 16.)

The Court issued an order on November 15, 2012 that Plaintiff, not later than December 3, 2012, either file a current address or show cause why his case should not be dismissed for failure to prosecute. (OSC re Dismiss., ECF No. 54.) Plaintiff filed a notice of change of address on December 3, 2012. (Notice of Address, ECF No. 56.)

1

Accordingly, it is HEREBY ORDERED that the order to show cause re dismissal (ECF No. 54) is DISCHARGED.

IT IS SO ORDERED.

Dated: December 4, 2012    /s/ *Michael J. Seng*
                             UNITED STATES MAGISTRATE JUDGE