# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAHAN JALADIAN, | CASE No. 1:09-cv-01980-AWI-MJS (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION TO CONTINUE DISPOSITIVE MOTION DEADLINE |
| v. | (ECF No. 59) |
| J. HERNANDEZ, et al., | Dispositive Motion Deadline - 5/4/2013 |
| Defendants. | |

Plaintiff Vahan Jaladian, a former state prisoner currently on parol, is proceeding pro se in this civil rights action filed November 12, 2009 pursuant to 42 U.S.C. § 1983. (ECF Nos. 1.)

Defendant Hernandez has answered the Complaint, and the Court has set a discovery cut-off date of January 15, 2013 and a dispositive motion deadline of April 4, 2013. (ECF No. 57.)

Pending before the Court is Defendant's April 2, 2013 ex parte application to continue the dispositive motion deadline to May 4, 2013 on grounds additional time is needed to finalize declarations and receive CDCR documentation in support of summary judgment. Plaintiff has stated non-opposition to the requested continuance. (ECF No. 59.)

Good cause having been presented to the Court, IT IS HEREBY ORDERED that Defendant's application to continue the dispositive motion deadline is GRANTED such that the Order Continuing Discovery and Dispositive Motion Deadlines (ECF No. 57) is amended to provide a Dispositive Motion Deadline of May 4, 2013.

IT IS SO ORDERED.

Dated: April 3, 2013                    /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE