# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAHAN JALADIAN | CASE No. 1:09-cv-01980-AWI-MJS (PC) |
| Plaintiff, | ORDER GRANTING JOINT STIPULATION TO EXTEND DATE BY WHICH PLAINTIFF IS TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| J. HERNANDEZ, et al., | (ECF No. 63) |
| Defendants. | OPPOSITION DUE BY JULY 23, 2013 |

Plaintiff Vahan Jaladian, a former state prisoner currently on parol, is proceeding pro se in this civil rights action filed November 12, 2009 pursuant to 42 U.S.C. § 1983 (ECF Nos. 1). This matter proceeds on the Complaint for excessive force against Defendant Hernandez (ECF Nos. 6, 9). An Answer was filed by Hernandez on June 23, 2011 (ECF No. 16). A Motion for Summary Judgment was filed by Hernandez on May 3, 2013 (ECF No. 61).

Pending before the Court is the parties' Joint Stipulation to Extend the Date by which Plaintiff is to File his Opposition to Defendant's Motion for Summary Judgment (ECF No. 63).

Good cause having been presented to the Court, IT IS HEREBY ORDERED that the parties' Joint Stipulation to Extend the Date by which Plaintiff is to File his

Opposition to Defendant's Motion for Summary Judgment is GRANTED such that:

1. The date by which Jaladian must file his opposition to Hernandez's Motion for Summary Judgment is continued from May 24, 2013 to July 23, 2013.
2. Hernandez's reply to Jaladian's opposition to the Motion for Summary Judgment is to be filed within seven days after the filing of the opposition.

IT IS SO ORDERED.

Dated:   May 22, 2013                         /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE