# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAHAN JALADIAN,<br><br>                    Plaintiff,<br><br>     v.<br><br>J. HERNANDEZ, et al.,<br><br>                    Defendants. | Case No. 1:09-cv-01980-AWI-MJS (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DENYING DEFENDANT HERNANDEZ'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(ECF No. 68)**<br><br>**CASE TO REMAIN OPEN** |

    Plaintiff Vahan Jaladian, a former state prisoner currently on parole, is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

    On December 4, 2013, the Magistrate Judge issued findings and recommendations (ECF No. 68) that Defendant Hernandez's motion for summary judgment filed on May 3, 2013 (ECF No. 61) be denied and that the case remain open. On December 18, 2013, Defendant Hernandez filed a notice of intent not to file objections to the findings and recommendations. (ECF No. 69.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The Court adopts the findings and recommendations filed on December 4, 2013 (ECF No. 68) in full,
2. Defendant Hernandez's motion for summary judgment filed on May 3, 2013 (ECF No. 61) is DENIED, and
3. The case shall remain open.

IT IS SO ORDERED.

Dated:   January 2, 2014

SENIOR DISTRICT JUDGE