# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAHAN JALADIAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. HERNANDEZ, et al.,<br><br>　　　　Defendants. | Case No. 1:09-cv-01980-AWI-MJS (PC)<br><br>**ORDER AMENDING SECOND SCHEDULING ORDER** |

　　　　Plaintiff Vahan Jaladian, a former state prisoner currently on parole, is proceeding pro se in this civil rights action filed on November 12, 2009 pursuant to 42 U.S.C. § 1983. The Court issued its Second Scheduling Order in this case on January 13, 2014. (ECF No. 71.) Since then the parties have jointly agreed to undertake settlement negotiations, and a settlement conference has been scheduled before Judge Kimberly J. Mueller on June 10, 2014. To enable the parties the opportunity to negotiate a resolution free of looming deadlines, the Court here extends the dates of the following events (only) as indicated:

　　　　The **Telephonic Trial Confirmation Hearing** previously scheduled for June 2, 2014 will be held August 11, 2014 at 3:00 p.m. in Courtroom 2 (AWI).

　　　　The **Trial** previously scheduled to begin July 8, 2014 shall begin September 30, 2014 at 8:30 a.m. in Courtroom 2 (AWI).

**Motions for the attendance of incarcerated witnesses** now must be filed by July 7, 2014. Oppositions must be filed by July 25, 2014.

**Notification to the Court of names and locations of Plaintiff's unincarcerated witnesses**, if any, are now due by July 7, 2014.

**Money orders for Marshal's service of any unincarcerated witnesses** who refuse to testify voluntarily are to be submitted to the Court by July 25, 2014.

**Plaintiff's pre-trial statement** is now due by July 7, 2014.

**Defendant's pre-trial statement** is now due by July 25, 2014.

All other dates in and provisions of the January 13, 2014 Second Scheduling Order (ECF No. 71) remain in in full force and effect.

IT IS SO ORDERED.

Dated: May 18, 2014           /s/ *Michael J. Seng*
                              UNITED STATES MAGISTRATE JUDGE