UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAHAN JALADIAN,<br><br>    Plaintiff,<br><br>    v.<br><br>J. HERNANDEZ, et al.,<br><br>    Defendants. | Case No. 1:09-cv-01980-AWI-MJS (PC)<br><br>**ORDER DIRECTING THAT DISPOSITIONAL DOCUMENTS UPON SETTLEMENT BE FILED WITHIN THIRTY (30) DAYS**<br><br>**(ECF No. 85)**<br><br>**ORDER VACATING SCHEDULED DATES** |

Plaintiff Vahan Jaladian, a former state prisoner currently on parole, is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. A settlement conference was held in the case on June 10, 2014. On June 30, 2014, Defendant filed a notice that settlement had been reached.

Accordingly, it is HEREBY ORDERED that (1) the parties shall file dispositional documents within thirty (30) days of entry of this Order, and (2) the pretrial hearing scheduled for August 11, 2014 at 3:00 p.m. and jury trial scheduled for September 30, 2014 at 8:30 a.m. are vacated.

IT IS SO ORDERED.

Dated:  July 12, 2014        /s/ *Michael J. Seng*
                             UNITED STATES MAGISTRATE JUDGE

1