# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAHAN JALADIAN,<br><br>    Plaintiff,<br><br>    v.<br><br>J. HERNANDEZ, et al.,<br><br>    Defendants. | Case No. 1:09-cv-01980-AWI-MJS (PC)<br><br>**VOLUNTARY DISMISSAL OF ACTION**<br><br>**(ECF No. 87)**<br><br>**CLERK SHALL CLOSE CASE** |

Plaintiff is a former state prisoner currently on parole proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On July 14, 2014, the parties filed a stipulation for voluntary dismissal of the action with prejudice with each party to bear its own fees and costs except as otherwise set forth in the parties' settlement agreement and release. (ECF No. 87.)

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff may dismiss an action without a court order by filing a stipulation of dismissal. The parties' July 14, 2014 stipulation is sufficient as a stipulation of dismissal under Rule 41.

Accordingly, pursuant to Federal Rule of Civil Procedure 41, the action is hereby DISMISSED with prejudice pursuant to the parties' stipulation and subject to the terms and conditions thereof. The Clerk shall CLOSE this case.

IT IS SO ORDERED.

Dated:   July 21, 2014                           /s/ *Michael J. Seng*
                                                 UNITED STATES MAGISTRATE JUDGE

1